# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137388

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES R. SHAWL and MARY B.
SHAWL,
         Plaintiffs-Appellants,

v

SPENCE BROTHERS, INC.,
         Defendant-Appellee,

and

J. RANCK ELECTRIC, INC.,
         Defendant.

SC: 137388
COA: 275271
Saginaw CC: 06-060834-NO

_____/

      On order of the Court, the application for leave to appeal the August 19, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk